MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON(DCBN 412811)
Acting Criminal Chief

CHINHAYI COLEMAN CADET  (CABN 194542)
Assistant United States Attorney

  1301 Clay Street, Suite 340S
  Oakland, CA 94612
  Telephone: (510) 637-3680
  Fax: (510) 637-3724
  E-Mail: chinhayi.cadet@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  CR 10-00131 DLJ |
| Plaintiff, | ) ) | ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| v. | ) ) | |
| ISSAIAH WILLIAMS, | ) ) | |
| Defendant. | ) ) | |

     Issaiah Williams was scheduled to appear at a status conference before the Court on November 12, 2010.  Due to the unavailability of defense counsel, the matter needs to be rescheduled.  The government has provided discovery, and defense counsel is in the process of reviewing the discovery.  The parties request that the matter be continued to December 17, 2010, and that  time be excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B), from November 12, 2010 to December 17, 2010.  The parties agree as follows:

     1.     Defendant seeks and agrees to the exclusion of time pursuant to the Speedy Trial Act so that defense counsel will have additional time to investigate this matter, interview additional witnesses, confer with Defendant, and prepare for the trial of this matter, taking into account the exercise of due diligence.

ORDER RE STATUS CONFERENCE CONTINUANCE AND TIME EXCLUSION

2. Given these circumstances, the parties agree that the ends of justice are served by excluding the period from November 12, 2010 to December 17, 2010 from Speedy Trial Act calculations outweighs the interests of the public and the defendant in a speedy trial by allowing for the defense to prepare effectively, in accordance with 18 U.S.C. § 3161(h)(7)(A) and (B).

IT IS HEREBY ORDERED that:

1. The status conference scheduled for November 12, 2010 is continued to **December 17, 2010, at 9:00 a.m.**

2. With the consent of defendant Issaiah Williams, the period from November 12, 2010 to December 17, 2010 is excluded from the Speedy Trial Act calculations for effective preparation of counsel and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

DATED: November 12, 2010

_____
HONORABLE D. LOWELL JENSEN
United States District Judge

Approved As To Form:

    /s/
CHINHAYI COLEMAN CADET
Assistant United States Attorney
Counsel for United States

    /s/
GAIL R. SHIFMAN
Counsel for Defendant Issaiah Williams

ORDER RE STATUS CONFERENCE CONTINUANCE AND TIME EXCLUSION