FILED

DEC 23 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-10-00131-DLJ (DMR) |
| Plaintiff, ) | |
| ) | DETENTION ORDER |
| v. ) | |
| ) | |
| ISSAIAH WILLIAMS, ) | |
| ) | |
| Defendant. ) | |

## I. DETENTION ORDER

Defendant Issaiah Williams was charged in a one-count Indictment with violation of 18 U.S.C. § 751(a) (escape from custody). He subsequently pled guilty to the charge and is awaiting sentencing. Having recently completed his sentence from an earlier conviction for theft of government funds, Mr. Williams now renews his request for release from custody pending sentencing pursuant to 18 U.S.C. § 3143(a). The Court reviewed a March 22, 2007 Pretrial Services Report as well as a October 20, 2010 Record Check Report. The Court also conducted a hearing on December 23, 2010 during which the government and Defendant had the opportunity to proffer information in support of their positions.

DETENTION ORDER
CR 10-00131-DLJ (DMR)                                1

cc: Copy to parties via ECF, 2 Certified copies to US Marshal, Frances, Pretrial Services

1 | The information provided to the Court indicates that while Mr. Williams was on pretrial
2 | supervision in an earlier case in 2008, he submitted false statements regarding his employment to
3 | the pretrial officer. As a result, the Hon. Wayne D. Brazil remanded Mr. Williams to custody,
4 | but gave him an opportunity to self-surrender in light of Mr. Williams' claim that he needed
5 | several hours to arrange for care for his young child. Instead, Mr. Williams absconded and was
6 | apprehended many months later. In late 2009, while serving the latter part of his sentence at a
7 | halfway house, Mr. Williams again absconded. This act became the basis for the current
8 | indictment. On these facts, the Court finds that Defendant has not met his burden under 18
9 | U.S.C. § 3143(a) of establishing by clear and convincing evidence that he is not likely to flee.

## II. CONCLUSION

The Court detains Mr. Williams as a serious flight risk. Mr. Williams shall remain committed to the custody of the Attorney General.

IT IS SO ORDERED.

DATED: December 23, 2010

_____
DONNA M. RYU
United States Magistrate Judge

DETENTION ORDER
CR 10-00131-DLJ (DMR)                              2